# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GRADY JACKSON, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 06-88 Erie |
| ) | |
| UNITED STATES OF AMERICA, et al., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM JUDGMENT ORDER

Plaintiff's complaint was received by the Clerk of Court on April 18, 2006 and was referred to Chief United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The Chief Magistrate Judge's report and recommendation [100], filed on October 9, 2008, recommended that the Defendants' motion for summary judgment [79], be granted. Plaintiff filed his objections [105] to the Report and Recommendation on December 5, 2008, and Defendants filed their response [106] on December 8, 2008.

After de novo review of the complaint and documents in the case, including the Report and Recommendation, Plaintiff's objections to the R&R, and Defendants' response thereto, the following Order is entered:

AND NOW, *to wit*, this 5th day of January, 2009,

IT IS ORDERED that the Defendants' motion for summary judgment [79] be, and hereby is, GRANTED and JUDGMENT is entered in favor of the DEFENDANTS and against Plaintiff, Grady Jackson.

The report and recommendation [100] of Chief Magistrate Judge Baxter, dated October 9, 2008, is adopted as the opinion of this Court.

s/ SEAN J. McLAUGHLIN
Sean J. McLaughlin
United States District Judge

cc: all parties of record
    Chief U.S. Magistrate Judge Baxter